UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NAOMI LYNN SHEAFFER, | ) No. ED CV 13-00724-VBK |
| | ) |
| Plaintiff, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: January 9, 2014

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE